IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HANNAH BRYANT, | |
| Plaintiff, | 8:21-CV-335 |
| vs. | |
| NATIONWIDE ANESTHESIA SERVICES, INC., | **ORDER** |
| Defendant. | |

    This matter comes before the Court on its own motion. On November 1, 2021, the Court ordered the parties to file a joint stipulation for dismissal within thirty days. Filing 19. The Court noted that failure to comply with the Order would result in dismissal of the case without further notice. Filing 19. On December 2, 2021, the Court granted an extension to December 16 for the parties to file the stipulated dismissal. Filing 20. On December 16, at the parties' request, the Court again extended the deadline to December 30, 2021. Filing 21. To date, the parties have not complied with the Court's order and have not requested an additional extension.

    "A district court may sua sponte dismiss an action under Federal Rule of Civil Procedure 41(b) for the plaintiff's failure to comply with a court order." *Royster v. Darling*, 195 F. App'x 537, 538 (8th Cir. 2006). Rule 41(b), in turn, provides "a dismissal under this subdivision (b) . . . operates as an adjudication on the merits." Fed. R. Civ. P. 41(b). Accordingly, the Court dismisses the case with prejudice as noted it would do in its previous Order absent the parties' compliance.

    The Temporary Restraining Order, Filing 7, previously extended by agreement of the parties, Filing 11; Filing 16, is hereby terminated.

    IT IS ORDERED:

    1. This case is dismissed with prejudice;

2. The Temporary Restraining Order, Filing 7, is terminated; and

3. A separate judgment will be entered.

Dated this 6th day of January, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge