IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HANNAH BRYANT, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONWIDE ANESTHESIA SERVICES, INC., <br><br> Defendant. | 8:21-CV-335 <br><br> **ORDER** |

This matter comes before the Court on the email motion of Plaintiff regarding the Court's prior dismissal Order, Filing 22, and Judgment, Filing 23. Plaintiff reported that an e-mail request to the chambers of the Magistrate Judge was sent on December 28, 2021, requesting an extension of time to provide a stipulation for dismissal. The Court understands the clerk who received the e-mail on behalf of the Magistrate Judge completed her service with the Court at the end of 2021, thus resulting in a failure to timely respond. For good cause shown, the Court determines its prior Order and Judgment should be stricken and an extension granted to the parties to file their stipulation for dismissal. Accordingly,

IT IS ORDERED:

1. The Court's Order, Filing 22, and Judgment, Filing 23, are stricken;

2. This case is reopened;

3. The Temporary Restraining Order, Filing 7, previously extended by agreement of the parties, Filing 11; Filing 16, is reinstated and remains in effect until further order of the Court; and

4. The parties are granted until January 18, 2022, to file their final stipulation for dismissal. No additional extensions of time will be given and failure to comply with this order will result in dismissal of this case without further notice.

Dated this 6th day of January, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge