IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HANNAH BRYANT,<br><br>  Plaintiff,<br><br> vs.<br><br>NATIONWIDE ANESTHESIA SERVICES, INC.,<br><br>  Defendant. | 8:21-CV-335<br><br>**ORDER CONCERNING PROCEDURE TO SEEK RELEASE OF FUNDS** |

On September 1, 2021, the Court granted Plaintiff's Motion for a Temporary Restraining Order. Filing 7. Pursuant to Federal Rule of Civil Procedure 65(c), the court required Plaintiff to post a cash or surety bond with the Clerk of Court in the amount of $500.00. Filing 7 at 10, 12. That same day, Plaintiff's counsel's firm—McGrath, North Law Firm—deposited $500.00 with the Clerk of Court on Plaintiff's behalf in accordance with the Court's Order. Filing 9. On January 18, 2022, the parties filed a Joint Stipulation for Dismissal. Filing 25. The next day, the Court entered judgment dismissing this case with prejudice. Filing 26.

It has now been brought to the Court's attention that the $500.00 bond for the Temporary Restraining Order is still deposited with the Clerk of Court. These funds cannot be returned without a motion from Plaintiff. Accordingly, the Court orders Plaintiff to file a motion within fourteen (14) days of the date of this order requesting return of the funds presently held by the Clerk of Court. The motion must specify to whom the funds should be returned by name and address. Accordingly,

IT IS ORDERED that, within fourteen (14) days of the date of this order, Plaintiff shall file a motion requesting return of the funds presently held by the Clerk of Court for Plaintiff's Temporary Restraining Order bond.

Dated this 9th day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge